LIDIA S. STIGLICH, State Bar No. 182100
STIGLICH & HINCKLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone:    (510) 486-0800
Facsimile:    (510) 486-0801


Attorneys for Defendant
ANGELA PELLETTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CYRINTHIA GARY, et al.,<br><br>Defendants. | Case No. CR 12-0556 CRB (MED)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING CONDITIONS<br>OF RELEASE** |

Upon stipulation of the government and the defendant, the conditions of release for

defendant, ANGELA PELLETTE, shall be modified as follows:

Ms. Pellette shall be permitted to have contact with her daughter, co-defendant Cyrinthia

Gary, but may not discuss the case with Ms. Gary outside of the presence of counsel.

ALL OTHER TERMS AND CONDITIONS OF SUPERVISED RELEASE ARE TO

REMAIN IN EFFECT.

///

///

///

1

DEFENDANT PELLETTE STIP & [PROP] ORDER
RE MODIFYING CONDITIONS OF RELEASE

1

**IT IS SO STIPULATED.**

2       08/03/2012                         /s/Thomas M. Newman
     Dated: _____
3                                          _____
4                                          THOMAS M. NEWMAN
                                           Assistant United States Attorney
5       08/03/2012                         /s/Lidia S. Stiglich
     Dated: _____
6                                          _____
                                           LIDIA S. STIGLICH
7                                          Attorneys for Defendant
                                           ANGELA PELLETTE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2

DEFENDANT PELLETTE STIP & [PROP] ORDER                          E \Pellette - Stip re Release Modification.doc
RE MODIFYING CONDITIONS OF RELEASE

## ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that the conditions of release for defendant, ANGELA PELLETTE, shall be modified as follows:

Ms. Pellette shall be permitted to have contact with her daughter, co-defendant Cyrinthia Gary, but may not discuss the case with Ms. Gary outside of the presence of counsel.

ALL OTHER TERMS AND CONDITIONS OF SUPERVISED RELEASE ARE TO REMAIN IN EFFECT.

IT IS SO ORDERED.

Dated: 8-6-12

Honorable Maria Elena James
United States Magistrate Judge

3

DEFENDANT PELLETTE STIP & [PROP] ORDER
RE MODIFYING CONDITIONS OF RELEASE

E \Pellette - Stip re Release Modification doc